UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

       Plaintiff,                          Case No. 17-cv-11229
                                             Hon. Matthew F. Leitman

v.

TAURUS 85 REVOLVER, CALIBER
38, SN: IR19543, et al.,

       Defendants *in rem*.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                   s/Matthew F. Leitman
                                                   MATTHEW F. LEITMAN
                                                   UNITED STATES DISTRICT JUDGE

Dated: May 12, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 12, 2017, by electronic means and/or ordinary mail.

                                                 s/Holly A. Monda
                                               Case Manager
                                               (313) 234-5113